# IN THE SUPREME COURT, STATE OF WYOMING

## 2019 WY 97

*April Term, A.D. 2019*

*September 25, 2019*

*In the Matter of the Bar Membership of* )
*RONALD E. TRIGGS,* )
*Wyoming State Bar No. 5-1905* )

# ORDER TRANSFERRING ATTORNEY TO DISABILITY INACTIVE STATUS

[¶ 1]  **This matter** came before the Court upon a "Recommendation for Transfer to Disability Inactive Status," filed herein September 3, 2019, by the Board of Professional Responsibility for the Wyoming State Bar, pursuant to a stipulated motion and Rule 20 of the Wyoming Rules of Disciplinary Procedure.  The Court, after a careful review of the Board of Professional Responsibility's Recommendation and the file, finds that the Recommendation should be adopted by the Court and that Ronald E. Triggs's membership with the Wyoming State Bar should be transferred to disability inactive status.  It is, therefore,

[¶ 2]  **ADJUDGED AND ORDERED** that the Board of Professional Responsibility's Recommendation for Transfer to Disability Inactive Status is adopted by this Court and that Ronald E. Triggs's membership with the Wyoming State Bar is transferred to disability inactive status, effective immediately; and it is further

[¶ 3]  **ORDERED** that Mr. Triggs or his surrogate shall comply with the requirements of the Wyoming Rules of Disciplinary Procedure, particularly the requirements found in Rule 21 of those rules.  See Rule 26(d), Wyoming Rules of Disciplinary Procedure.  Rule 21 governs the duties of attorneys transferred to disability inactive status; and it is further

[¶ 4]  **ORDERED** that, pursuant to Rule 9(b) of the Wyoming Rules of Disciplinary Procedure, this Order Transferring Attorney to Disability Inactive Status shall be published in the Wyoming Reporter and the Pacific Reporter; and it is further

[¶ 5]   **ORDERED** that the Clerk of this Court cause a copy of this Order Transferring Attorney to Disability Inactive Status to be served upon Mr. Triggs.

[¶ 6]   **DATED** this 25th day of September, 2019.

BY THE COURT:

/s/

**MICHAEL K. DAVIS**
**Chief Justice**